PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Markel Tyler            Cr.: 22-00413-001
PACTS #: 7854033

Name of Sentencing Judicial Officer:    THE HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/27/2022

Original Offense:    Count One: Conspiracy to Possess with Intent to Distribute Heroin, 21 U.S.C. § 846
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)], a Class C Felony
Count Two: Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and
(b)(1)(C), a Class C Felony

Original Sentence: Time served, 3 years supervised release

Special Conditions: Location Monitoring Program, Drug Testing and Treatment, Gang/Criminal
Association Prohibition, Consent to Search, Life Skills/Education, Motor Vehicle Compliance,
Supporting Dependents

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/27/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On April 28, 2023, during an office visit, Mr. Tyler submitted a urinalysis which tested positive for oxycodone. The specimen was sent to Alere national lab and was confirmed positive for Oxycodone. |

U.S. Probation Officer Action:
Mr. Tyler was verbally reprimanded for his drug use and the consequences for continued illicit substance use were discussed with him. Mr. Tyler previously tested positive for oxycodone and marijuana in February 2023 and as a result, he agreed to a modification of his conditions of supervised release by adding the drug testing and treatment special condition.

On May 26, 2023, Mr. Tyler submitted another urine sample which tested negative for all substances.

Mr. Tyler will be referred for a substance abuse treatment assessment. The U.S. Probation Office will continue to monitor Mr. Tyler's compliance with substance use by continuing random testing. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taking against Mr. Tyler and allow this notice to serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

06/09/23

PATRICK HATTERSLEY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

6/12/2023

Date